UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by ___ D.C.
SEP 02 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES OF AMERICA )
)
v. ) Case Number  99-cr-00452 (KMM)
)
GERARDO ANTONIO SEGUI )

## MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. §3582(c)(2)

NOW COMES Defendant Gerardo Antonio Segui ("Defendant Segui"), appearing Pro Se, in his Motion for Reduction of Sentence, purusant to 18 U.S.C. §3582(c)(2).

18 U.S.C. §3582(c)(2) provides in relevant part "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o), upon motion of the defendant . . . [], the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) [18 U.S.C.S. §3553(a)] to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission."

On July 18, 2014, the United States Sentencing Commission made retroactive Amendment 782, which lowered the offense level in the Drug Quantity Table across all drug types. The Amendment takes effect November 1, 2014, provided that it is not rescinded by the United States Congress, although no prisoner may be released pursuant to the sentencing reduction prior to November 1, 2015.

Defenant Segui was convicted in the above-captioned case to possession of cocaine with intent to distribute, 21 U.S.C. §841(a)(1) and 18 U.S.C. §2, and was sentenced to 235 months imprisonment on November 19, 1999. Said sentence

1

was at the low end of the sentencing guidelines of 235-293 months, based on an Offense Level 38, criminal history level one, Tr. 11/19/1999 at 7-8. As such, Defendant Segui is eligible for relief.

Turning to the §3553(a) factors, Defendant Segui is also deserving that relief. His latest Program Review statement, Exhibit "A" hereto demonstrates that he has used his time of incarceration to better himself, through available educational and vocational programs through the Bureau of Prisons. Notably, these include the completion of GED, as well as classes in computer application, math, history, Spanish, and refresher typing, among others. This conduct is indicative of an individual, having made a major mistake, now wishes to fully engage in law-abiding activities, and legal employment.

Defendant Segui, too, yearns to return to his family, especially his now elderly and ailing 79-year old mother, and his two children, growing up without either parent, having lost their father to his own selfishness and their mother to cancer. Defendant Segui is committed to ensure that his children do not make the same mistakes that he did, and to be there for their emotional and financial needs. Fifteen years of imprisonment have indeed changed Defendant Segui, but the one constant in his life is his love for his children, and his desire to make up for his lost opportunities with them.

Therefore, Defendant Segui respectfully requests, and prays, that this Court will find the compassion to lower his Offense Level to 36, which will re-set his guidelines at 188-235 months. In that his original sentence was at the low-end of the guideline range, Defendant Segui requests that also be at the low end of his new guideline range, 188 months.[1]

---

[1] To the extent that this reduced sentence is less than time served, Defendant Segui requests an equivalent reduction in his term of supervised release, which presently is five (5) years.
2

Said sentence reduction should be effective November 1, 2014, with instructions that Defendant Segui should be released on November 1, 2015, in accordance with the language of Amendment 782.

Dated:   July 29, 2014

Respectfully submitted:

_____
Gerardo Antonio Segui
Register Number 59528-004
Lexington Federal Medical Center
PO Box 14500
Lexington, Kentucky  40512

## CERTIFICATE OF SERVICE

I, Gerardo Segui, hereby attests that on this 29 day of July, 2014, I mailed a copy of my Motion for Sentence Reduction pursuant to 18 U.S.C. §3582(c)(2) to the United States Attorney's Office for the Southern District of Florida, postage prepaid, by depositing same in the mail service at Lexington Federal Medical Center.

_____
Gerardo Antonio Segui

EXHIBIT "A"

- Program Review statement -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

99-00452-CR-MOORE

NO. _____

21 USC 841(a)(1)
21 USC 853

MAGISTRATE JUDGE
O'SULLIVAN

UNITED STATES OF AMERICA

v.

GERARDO ANTONIO SEGUI
_____/

FILED by _____ D.C.
MAG. SFC.
JUN 2 2 1999
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about June 4, 1999, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**GERARDO ANTONIO SEGUI,**

did knowingly and willfully possess with the intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### FORFEITURE

As a result of the felony offense alleged in Count I of this Indictment, the United States is entitled to forfeiture of, and the defendant, GERARDO ANTONIO SEGUI, shall forfeit to the United States, any property constituting and derived from

| Department of Justice | | Federal Bureau of Prisons |
|---|---|---|
| **INMATE SKILLS DEVELOPMENT PLAN** | **Current Program Review: 05-30-2014** | |



| | | | |
|---|---|---|---|
| **Name:** | SEGUI, GERARDO ANTONIO | **Institution:** | LEXINGTON FMC<br>3301 LEESTOWN ROAD<br>LEXINGTON, KY 40511 |
| **Register Number:** | 59528-004 | | |
| **Security/Custody:** | LOW/IN | **Telephone:** | (859) 255-6812 |
| **Projected Release:** | 10-11-2016 / GCT REL | **Fax:** | 700-355-7000 |

| | | | |
|---|---|---|---|
| **Next Review Date:** | 11-20-2014 | **Driver's License/State:** | / |
| **Next Custody Review Date:** | 06-13-2014 | **FBI Number:** | 599660HA1 |
| **Age/DOB/Sex:** | 49 / 04-09-1965 / M | **DCDC Number:** | |
| **CIM Status:** | Y<br>If yes, reconciled: Y | **INS Number:**<br>**PDID Number:**<br>**Other IDs:** | 31188314 |

| | | | |
|---|---|---|---|
| **Release Residence:** | Elvia Diaz, MOTHER<br>3631 SW 91ST AVE.<br>MIAMI, FL 33165 | **Release Employer:**<br>**Contact**<br>**Telephone:** | [Name]<br>[Address]<br>[POC] |
| **Telephone:** | (305) 221-6563 | | |
| **Primary Emergency Contact:** | Elvia Diaz, Mother<br>3631 SW 91st Avenue<br>Miami, FL 33165 | **Secondary Emergency Contact:**<br>**Telephone:** | [POC]<br>[Address] |
| **Telephone:** | (305) 221-6563 | | |

**Mentor Information:**

**Controlling Sentence Information:**

| Offense(s)/Violator Offenses | Sentence | Sentencing Procedure | Supervision Term |
|---|---|---|---|
| | 235 MONTHS | 3559 PLRA SENTENCE | 5 YEARS |

| Controlling Sentence Began | Time Served/Jail Credit/Inoperative Time | Days GCT/EGT/SGT | Days FSGT/WSGT/DGCT | Parole Status |
|---|---|---|---|---|
| 11-19-1999 | 14 YEARS 9 MONTHS 3 DAYS / 83 / 0 | 897 / 0 / 0 | 0 / 0 / 27 | Hearing Date: NOT ENTERED<br>Hearing Type:<br>Last USPC Action: |

**Detainers**

| Org | Authority | Charge #1 | Charge #2 | Charge #3 |
|---|---|---|---|---|
| INS | | DEPORTATION | | |

**Special Parole Term:** NOT ENTERED
**Pending Charges:** None known
**Cim Status:** Y            **Cim Reconciled:** Y

| Financial Responsibility | Imposed | Balance | Case No./Court of Jurisdiction | Assgn/Schedule Payment |
|---|---|---|---|---|
| ASSESSMENT USDC | $100.00 | $0.00 | COJ/COJ OV: FFLS DOCKET NO: 1:99CR00452-001 | FINANC RESP-COMPLETED $25.00 QUARTERLY |

| | | | |
|---|---|---|---|
| **Financial Plan Active:** | N | **Comm Dep-6 mos:** | $2266.40 |
| **Financial Plan Date:** | 03-01-2000 | **Commissary Balance:** | $484.66 |

**Payments**
**Commensurate:** Y
**Missed:** N

**Department of Justice**  
**INMATE SKILLS DEVELOPMENT PLAN**

**Federal Bureau of Prisons**  
**PROGRAM REVIEW: 05-30-2014**

| | |
|---|---|
| **Judicial Recommendations:** | / / N/A |

| | |
|---|---|
| **Special Conditions of Supervision:** | Surrender to BICE at conclusion of sentence. If deported, not reenter U.S. without permission of US Attorney General. |

| | | | |
|---|---|---|---|
| **USPO Sentencing:** | Kelly Kraemer, USPO<br>S/Florida<br>300 N.E. 1st Avenue, Rm 315<br>Miami, FL 33126 | **USPO Relocation:** | [POC]<br>[District]<br>[Street Address/Suite]<br>[City], [State] [Zip] |
| **Phone/Fax:** | 305-523-3532 / [Fax] | **Phone/Fax:** | [Phone] / [Fax] |

| | | | |
|---|---|---|---|
| **Subject to 18 U.S.C. 4042(B) Notification:**<br>• Conviction for a drug trafficking crime (federal) | Y | **DNA Required:**<br>**Treaty Transfer Case:** | Y - [Date]<br>[Y,N] |

**Profile Comments:**

### EDUCATION

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| LEX | GED EARNED | GED EARNED IN BOP | 06-21-2001 | CURRENT |
| LEX | ESL HAS | ENGLISH PROFICIENT | 12-16-1999 | CURRENT |
| LEX | A-TOUCHTYP | (A)KEYBOARDING-CAI | 10-03-2013 | CURRENT |

### COMPLETED EDUCATION COURSES

| Course Description | Completion Date | Course Hours |
|---|---|---|
| WELLNESS JUMP ROPE | 07-04-2012 | 1 |
| HOBBY -BEG. LEATHER CRAFT | 10-14-2011 | 12 |
| HOBBY CRAFT-BEG TSHIRT DES | 09-26-2011 | 10 |
| ACE HIST JACKSON-WW2 | 05-27-2011 | 16 |
| WELLNESS ADVANCED SPINNING | 09-21-2010 | 4 |
| COMPUTER APPLICATION 1:00-3:00 | 07-29-2010 | 100 |
| WELLNESS NUTRITION | 07-28-2010 | 1 |
| ART CLASS | 05-13-2010 | 25 |
| WELLNESS BEGINNING SPINNING | 10-13-2009 | 2 |
| ACE AMER. HIST. I/TUES. 6P-8P | 10-13-2009 | 16 |
| HOBBY CRAFT DRAWING | 10-11-2009 | 12 |
| BEGINNING SALSA | 05-09-2009 | 2 |
| CORNERSTONES OF FINANCE | 09-05-2008 | 5 |
| SILENT TALENTS -CHILDRESS | 09-05-2008 | 5 |
| DIV. CULTURES-JENNINGS TUES 7P | 08-12-2008 | 11 |
| COMP FUND M/T/W/F 740-1030AM | 12-14-2007 | 100 |
| RPP#1 AIDS AWARENESS | 08-22-2007 | 1 |
| REFRESHR TYPING:MR.THOMAS/RPP6 | 05-22-2007 | 100 |

Name: **SEGUI, GERARDO ANTONIO**  RegNo: **59528-004**

| | | |
|---|---|---|
| GENERAL MATH / RPP6 | 04-10-2007 | 24 |
| SELF-EMPOWERMENT/RPP6 | 04-10-2007 | 24 |
| COLLEGE PREPARATION ACE /RPP6 | 04-10-2007 | 24 |
| TYPING: MS. COLE-6-8PM /RPP6 | 08-08-2006 | 32 |
| FORWARD THINKING-CHILDRESS | 07-15-2003 | 5 |
| ADVANCE LONG DISTANCE PARENT | 11-27-2001 | 24 |
| LONG DISTANCE PARENTING | 09-27-2001 | 24 |
| GED SPANISH-AFTERNOON | 06-21-2001 | 220 |
| SPANISH GED 7:30-8:30 AM | 09-12-2000 | 378 |
| SPANISH GED 8:30-10:30AM | 09-01-2000 | 0 |
| SPANISH GED HAHN M-F 7:30-9:30 | 08-30-2000 | 0 |

| Test | Subtest | Score | Test Date | Test Facl | Form | State |
|---|---|---|---|---|---|---|
| ABLE | VOCABULARY | 9.30 | 01-11-2000 | BUF | E | |
| ABLE | SPELLING | 3.00 | 01-11-2000 | BUF | E | |
| ABLE | READ COMP | 5.70 | 01-11-2000 | BUF | E | |
| ABLE | PROB SOLV | 8.00 | 01-11-2000 | BUF | E | |
| ABLE | NUMBER OPR | 4.10 | 01-11-2000 | BUF | E | |
| ABLE | LANGUAGE | 2.80 | 01-11-2000 | BUF | E | |
| GED | AVERAGE | 46.00 | 06-12-2001 | MEM | PASS | |
| GED | MATH | 47.00 | 06-12-2001 | MEM | AX | |
| GED | LIT/ARTS | 47.00 | 06-12-2001 | MEM | AX | |
| GED | SCIENCE | 50.00 | 06-12-2001 | MEM | AX | |
| GED | SOC STUDY | 48.00 | 06-12-2001 | MEM | AX | |
| GED | WRITING | 41.00 | 06-12-2001 | MEM | AX | |

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| LEX | REC PM | RECREATION WRK 100-830 #213 | 10-22-2013 | CURRENT |

| Facility | Assignment | Work Assignment Description | Start Date | Stop Date |
|---|---|---|---|---|
| | | Inmate has no work history items in this area | | |

| UDC / DHO | Hearing Date | Report No. | Prohibited Act / Description | Sanction |
|---|---|---|---|---|

**Department of Justice**
**INMATE SKILLS DEVELOPMENT PLAN**

**Federal Bureau of Prisons**
**PROGRAM REVIEW: 05-30-2014**

| | |
|---|---|
| Inmate has no disciplinary history items in this area | |

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| LEX | A-DES | DESIGNATED, AT ASSIGNED FACIL | 10-22-2013 | CURRENT |

| Facility | Assignment | Start Date | Stop Date |
|---|---|---|---|
| Inmate has no movement history items in this area | | | |

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| LEX | IHP PEND | IMMIG FUTURE IHP PART DATE | 06-24-2007 | CURRENT |
| LEX | RPP INELIG | RELEASE PREP PGM INELIGIBLE | 01-12-2001 | CURRENT |
| LEX | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 12-29-1999 | CURRENT |

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| LEX | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 10-12-2013 | CURRENT |
| LEX | YES F/S | CLEARED FOR FOOD SERVICE | 03-19-2008 | CURRENT |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | Case Number: 99-cr-00452 |
| ) | |
| GERARDO ANTONIO SEGUI ) | |

ORDER

After due consideration, Defendant Segui's Motion for Reduction of Sentence pursuant to 18 U.S.C. §3582(c)(2) is hereby GRANTED.

1. Defendant Segui's sentence is hereby reduced to 188 months, effective November 1, 2014, and he shall be released from the Federal Bureau of Prisons custody on November 1, 2015, consistent with Amendment 782.

2. To the extent that this reduction results in Defendant Segui serving longer than his reduced sentence of 188 months, there shall be an equivalent day for day reduction in his term of supervised release.

_____
THE COURT

⇔59528-004⇔
Gerardo Segui
PO BOX -14500
Federal Medical Center
Lexington, KY 40512-YOU
United States





FEDERAL MEDICAL CENTER
3301 LEESTOWN ROAD
LEXINGTON, KY 40511-8799

DATE: 8-21-14

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.